IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YESENNIA SALINAS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-11-3958 |
| WELLS FARGO BANK, | § |
| Defendant. | § |

**ORDER STAYING, REFERRING, AND ADMINISTRATIVELY CLOSING**

The plaintiff, Ysennia Salinas, filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 13-31027, on February 25, 2013. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of a judicial proceeding against the debtor that was commenced before the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). To the extent this case involves claims against the debtor, the stay applies. To the extent this case involves claims by the debtor, the stay may not apply, but the claims are referred to the bankruptcy court.

This case is administratively closed. The plaintiff may reinstate this case to the active docket on notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided the notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on March 7, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge